No. 88-6481.   NUTTELMAN v. STROMSBURG BANK ET AL. C. A. 8th Cir.   Certiorari denied.

No. 88-6567.   GANEY v. BARNETT, SUPERINTENDENT, EASTERN CORRECTIONAL INSTITUTION AT MAURY, NORTH CAROLINA, ET AL.   C. A. 4th Cir.   Certiorari denied.

No. 88-6568.   GANEY v. GARRISON ET AL.   C. A. 4th Cir. Certiorari denied.

No. 88-6570.   CRUZ v. BUTLER, WARDEN.   C. A. 5th Cir. Certiorari denied.

No. 88-6572.   ABNER v. ESCAMBIA COUNTY SCHOOL DISTRICT, PENSACOLA, FLORIDA.   C. A. 11th Cir.   Certiorari denied.

No. 88-6578.   MERKLE v. NEW YORK.   App. Div., Sup. Ct. N. Y., 2d Jud. Dept.   Certiorari denied.

No. 88-6584.   JACKSON v. OHIO.   Ct. App. Ohio, Cuyahoga County.   Certiorari denied.

No. 88-6586.   HICKS v. OHIO.   Ct. App. Ohio, Cuyahoga County.   Certiorari denied.

No. 88-6600.   HAY v. MCCOTTER ET AL.   C. A. 5th Cir.   Certiorari denied.

No. 88-6603.   SCOTT v. NEBRASKA.   Sup. Ct. Neb.   Certiorari denied.

No. 88-6604.   HUMPHREY v. LYNAUGH, DIRECTOR, TEXAS DEPARTMENT OF CORRECTIONS.   C. A. 5th Cir.   Certiorari denied.

No. 88-6605.   CAMPBELL v. WISCONSIN LABOR AND INDUSTRY REVIEW COMMISSION.   Ct. App. Wis.   Certiorari denied.

No. 88-6610.   HOLT v. TENNESSEE.   Ct. Crim. App. Tenn. Certiorari denied.

No. 88-6614.   HUSS v. IOWA.   Sup. Ct. Iowa.   Certiorari denied.

No. 88-6617.   BURLEY v. FORD, WARDEN.   C. A. 11th Cir. Certiorari denied.